

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry Ivan Cogswell | Civil Action No. 11-cv-1559-MMA-WVG |
| Plaintiff, | |
| V. | |
| Matthew Cate | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Adopts Report and Recommendation in its entirety and Dismisses Petitioner's First Amended Petition for Writ of Habeas Corpus with prejudice. The Court Denies Petitioner's motion for a certificate of appealability and Declines to issue a Certificate of Appealability.

Date:     5/21/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ V. Mosqueda
V. Mosqueda, Deputy